THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUSTER K. BOWENS, Appellant. [643 NYS2d 1011]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Miller, Sullivan and Pizzuto, JJ., concur.